No. 14,573.

DeCLOUD *v.* CITY OF BOULDER.
(100 P. [2d] 1044)

Decided March 18, 1940.

Judgment affirmed in department without written opinion, Mr. Justice Young, Mr. Justice Bakke and Mr. Justice Burke participating.

Mr. LEWIS D. MOWRY, Mr. ROBERT A. THEOBALD, for plaintiff in error.

Mr. FRANK L. MOORHEAD, for defendant in error.